IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3120 |
| | ) | |
| v. | ) | |
| | ) | |
| LANESHA PAXTON, | ) | TENTATIVE FINDINGS REGARDING |
| | ) | THE PRESENTENCE INVESTIGATION |
| Defendants. | ) | REPORT, AS REVISED APRIL 22, 2011 |
| | ) | |

The defendant's resistence to the Presentence Investigation Report, as revised April 22, 2011, has to do with the monetary responsibility of the defendant, Lanesha Paxton, a/k/a Lanesha Lache Paxton. Although it appears to be true that the defendant Paxton passed only two counterfeit traveler checks, the report makes it clear without any objection that Ms. Paxton entered into a joint relationship whereby she and three others knowingly possessed and intended to deceive with approximately 342 $100 Visa and American Express travelers checks. I tentatively find that the defendant Paxton thereby becomes responsible jointly and severally for an attempted loss of $34,000.

I further tentatively find that Ms. Paxton's role in the offense of Count I was a minor role, her base offense level is 6, her adjusted offense level is 10, her adjustment for acceptance of responsibility is a -2 and her total offense level is 8. The Presentence Investigation Report, as revised on April 22, 2011, is true. These findings are tentative and objection may be made specifically to them at the time of sentencing, but no evidence shall be received and none has been requested, regarding that Presentence Investigation Report, as revised on April 22, 2011.

The plaintiff's Statement of Position indicates a possible need to clarify the number of checks passed at Target. That may be done at the time of the sentencing.

Dated May 10, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge